✓ # 714001   # 129014
FILED
2010 OCT 27 PM 12: 42
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:     *     CASE # 05-71809 S
Judge Richard L. Speer

CHAPTER 13

Holmes, Hazel Evelyn
Debtor     *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

No response from the creditor the check is now stale dated and the case is closed.

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 681228 | Frederick C. Smith Clinic<br>P O Box 1814<br>Marion, OH  43302 | 22.13 | 6/30/10 |

Your trustee's check #714001 in the amount of $22.13 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 10/20/10

_____
John P. Gustafson
Trustee in Bankruptcy